IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**JUAN GUADALUPE SAENZ**　　　　　　　　　　　　　　　　　**PETITIONER**
Reg # 16701-179

VS.　　　　　　　CASE NO.: 2:14CV00053 BD

**C.V. RIVERA, Warden,**
Federal Correctional Complex,
Forrest City, Arkansas　　　　　　　　　　　　　　　　　　**RESPONDENT**

## JUDGMENT

In accordance with the Court's Memorandum Opinion and Order entered this date, judgment is hereby entered in favor of Respondent C.V. Rivera. Juan Guadalupe Saenz's 28 U.S.C. § 2241 petition for writ of habeas corpus is dismissed, without prejudice, for lack of jurisdiction.

DATED this 30th day of June, 2014.

_____
UNITED STATES MAGISTRATE JUDGE